Entered
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>J.F. SALZAR, Warden,<br><br>Respondent. | Case No. EDCV 07-0094-JFW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/2/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE